**L. W. SEABROOK, doing business as Seabrook Hardware Company, v. AL B. BLOCK.**

15 So. (2nd) 60                                    June Term, 1943
October 1, 1943                                    Division B
Rehearing Denied October 14, 1943

*Ausley, Collins & Ausley,* for appellant.

*Caldwell, Meginniss & Parker, Millard Caldwell, B. A. Meginniss, Julius F. Parker* and *Leo L. Foster,* for appellee.

PER CURIAM:

We think that the only real question presented on the appeal is whether the verdict is so excessive as to warrant reversal of the judgment by this Court. In our opinion the evidence supports a finding of liability; and we are unable to say that the verdict is so manifestly excessive as to justify reversal, or to require a remittitur.

The judgment is affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.